# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RASHEEM JAMES DRUMMOND,** | : | CIVIL ACTION NO. 1:22-CV-1177 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **M. HOUSER,** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 12th day of December, 2024, upon consideration of petitioner's motion (Doc. 42) for leave to file an addendum, and the court concluding there is good cause to grant the motion, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 42) for leave to file an addendum is GRANTED.

2. Petitioner may file an addendum to his reply brief on or before December 15, 2024.

>   /S/ CHRISTOPHER C. CONNER
>   Christopher C. Conner
>   United States District Judge
>   Middle District of Pennsylvania